IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY YOUNG,<br><br>        Petitioner,<br><br>vs.<br><br>D. L. RUNNELS, Warden,<br><br>        Respondent. | No. C 05-0119 JSW (PR)<br><br>**ORDER DENYING MOTION TO DISMISS AND REINSTATING ORDER TO SHOW CAUSE**<br><br>**(Docket nos. 14, 16)** |

      Petitioner, a prisoner of the State of California, currently incarcerated at California State Prison-Sacramento in Represa, California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutional validity of his state conviction. On February 26, 2007, Respondent moved to dismiss the petition as untimely. On March 21, 2007, Petitioner filed an opposition to the motion and on March 28, 2007, Respondent filed a reply. In the reply, Respondent concedes that the petition is timely, in that it was filed one day before the expiration of the statute of limitations. As such, the motion is DENIED (docket nos. 14, 16.) As such, the Court's earlier order to show cause is reinstated and Respondent is directed to show cause why the amended petition should not be granted within sixty days as set forth in the Court's earlier order (docket no. 13).

      IT IS SO ORDERED.

DATED: June 6, 2007

                                          JEFFREY S. WHITE<br>                                          United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

YOUNG,

        Plaintiff,

  v.

RUNNELS et al,

        Defendant.

Case Number: CV05-00119 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gregory Young
T11420
P.O. Box 715071
Represa, CA 95671

Jeffrey Michael Laurence
Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Dated: June 6, 2007

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk